UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN JARRELL MCFADDEN,<br><br>        Petitioner,<br><br>    v.<br><br>KEN CLARK,<br><br>        Respondent. | No. 2: 18-cv-2448 TLN KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are respondent's motions for extension of time to file an answer. (ECF Nos. 10, 11.) Good cause appearing, respondent's motions for extension of time are granted nunc pro tunc. The answer is deemed timely filed.

Also pending are petitioner's motions for extension of time to file a reply to the answer. (ECF Nos. 14, 15.) Good cause appearing, petitioner's motions for extension of time are granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motions for extension of time (ECF Nos. 10, 11) are granted nunc pro tunc; the answer is deemed timely filed;

////

////

////

1

2. Petitioner's motions for extension of time (ECF Nos. 14, 15) are granted; petitioner shall file a reply to the answer on or before April 10, 2019.

Dated: March 13, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mcfadd2448.eot