UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN JARRELL McFADDEN, | No. 2: 18-cv-2448 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, et al., | |
| Respondents. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 19, 2021, petitioner's counsel filed objections to the March 5, 2021 findings and recommendations. (ECF No. 23.) Petitioner's counsel signed the objections by using his initials, i.e., "esm." (Id. at 15.)

On March 22, 2021, the Clerk of the Court sent petitioner's counsel a notice informing him that the objections were deficient because the signature on his objections failed to comply with Local Rule 131(c). The notice directed counsel to file new objections with "either a wet full signature or /s/ First Name-Last Name in the signature line." Petitioner's counsel did not file new objections containing a corrected signature.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner's counsel shall show cause why his objections should not be stricken for his failure to file objections containing a corrected signature.

Dated: April 13, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mcfadd2448.obj