UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN JARRELL McFADDEN, | No. 2: 18-cv-2448 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, et al., | |
| Respondents. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 14, 2021, the undersigned ordered petitioner's counsel to show cause why his objections should not be stricken for his failure to file objections containing a corrected signature. (ECF No. 26.)

On April 13, 2021, petitioner's counsel filed objections containing a corrected signature. (ECF No. 25.) The undersigned was unaware of petitioner's objections filed April 13, 2021, when he issued the April 14, 2021 order.

Good cause appearing, IT IS HEREBY ORDERED that the April 14, 2021 order to show cause is discharged.

Dated: April 16, 2021

Mcfadd2448.dis

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE